# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand and nineteen.

Before:     Pierre N. Leval,
            Peter W. Hall,
            Denny Chin,
                *Circuit Judges.*

_____

Jessica Gingras, on behalf of herself and others similarly situated, Angela C. Given, on behalf of herself and others similarly situated,

           Plaintiffs - Appellees,

v.

Think Finance, Inc., TC Loan Service, LLC, Kenneth E. Rees, former President and Chief Executive Officer and Chairman of the Board of Think Finance, TC Decision Sciences, LLC, Tailwind Marketing, LLC, Sequoia Capital Operations, LLC, Technology Crossover Ventures, Joel Rosette, official capacity as Chief Executive Officer of Plain Green, Ted Whitford, official capacity as a member of Plain Green's Board of Directors, Tim McInerney,

           Defendants - Appellants.

_____

**JUDGMENT**
Docket Nos. 16-2019 (L), 16-2132, 16-2135, 16-2138, 16-2140 (Con.)

The appeals in the above captioned cases from an order of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/17/2019**